U.S. Embassy in the Philippines